**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ROY and DARYL PEPPER**                                                                              **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO.1:07CV482 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                 **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [9] of State Farm Fire and Casualty Company to dismiss this action or to join Regions Bank as a party is **DENIED**.

**SO ORDERED** this 21st day of May, 2007.

                                                                      s/ L. T. Senter, Jr.
                                                                       L. T. SENTER, JR.
                                                                       SENIOR JUDGE